UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------x

JOHN SVEGLIATO,

                Plaintiff,

- against -

LONG ISLAND RAILROAD, et al.,

                Defendants.

------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUL 1 5 2005 ★

BROOKLYN OFFICE

ORDER OF DISMISSAL

CV 2005-0922 (DLI)(MDG)

The parties having advised the Court that they have reached an agreement to settle this action and no party being an infant or incompetent, it is hereby

ORDERED, that this action is discontinued with prejudice and without costs to any party.

Dated: Brooklyn, New York
       July 14, 2005

                                      DORA L. IRIZARRY
                                      UNITED STATES DISTRICT JUDGE